# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*March 10, 2018*

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan VILLARREAL-Delgadillo | ) | Case No. M-18-0515-M |
| YOB: 1973 | ) | |
| COB: Mexico | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  3/9/2018  in the county of  Starr  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841<br>Title 21 USC 846<br>Title 21 USC 952 | Defendant did conspire to knowingly and intentionally possess with the intent to distribute 20.82 kilograms of cocaine, a schedule II controlled substance, and attempted to import a controlled substance into the United States from Mexico. |

This criminal complaint is based on these facts:

See " Attachment A ".

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on March 10, 2018.

☑ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

s/ Mario E. Canales
*Complainant's signature*

Mario E. Canales, HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/10/18

*Judge's signature*

City and state:  Mcallen, TX    J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

**Attachment A**

On March 9, 2018, Rio Grande City, Texas Port of Entry (POE) Customs and Border Protection (CBP) Officers reported that Juan VILLARREAL-Delgadillo, a Mexican citizen, arrived at the Rio Grande City, Texas POE driving a 2007 GMC Yukon and attempted to make entry into the United States. VILLARREAL-Delgadillo was detained after CBP Officers discovered eighteen (18) packages containing a white powdery substance with a total weight of 20.82 kg concealed inside the passenger doors of the GMC Yukon operated by VILLARREAL-Delgadillo. The substance field-tested positive for cocaine.

CBP Officers stated that VILLARREAL-Delgadillo's vehicle received a random CBP-system generated alert prompting the CBP Officers to further examine the vehicle. A narcotics detection dog positively alerted to the door panels of the vehicle. CBP Officers then discovered anomalies within the vehicle's doors during an X-ray scan. CBP Officers then extracted the 20.82 kg of cocaine from the vehicle.

HSI TFO Canales advised VILLARREAL-Delgadillo of his Miranda Rights in Spanish, which was witnessed by HSI SA Rolando Lerma. VILLARREAL-Delgadillo stated he understood his rights and was willing to answer questions without an attorney present.

VILLARREAL-Delgadillo confessed he had voluntarily made financial arrangements with two other male subjects in Mexico to smuggle the cocaine into the United States. VILLARREAL-Delgadillo said he was going to get paid $2,000 USD to drive the vehicle from Mexico to the McAllen, Texas, area where other unknown subjects would then take possession of the vehicle. VILLARREAL-Delgadillo said he agreed to transport the cocaine into the United States from Mexico because he needed money.

VILLARREAL-Delgadillo was arrested for Title 21 narcotics violations and transported to the Starr County Jail pending his initial appearance before a U.S. Magistrate Judge.